# ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeals of --           )
                       )
DirectViz Solutions, LLC      )     ASBCA Nos. 61376, 61432
                       )
Under Contract No. W912PX-16-D-0001  )

APPEARANCES FOR THE APPELLANT:     Antonio R. Franco, Esq.
                                    Patrick T. Rothwell, Esq.
                                    Samuel S. Finnerty, Esq.
                                     PilieroMazza PLLC
                                     Washington, DC

APPEARANCES FOR THE GOVERNMENT:     Raymond M. Saunders, Esq.
                                     Army Chief Trial Attorney
                                     CPT John M. McAdams III, JA
                                     MAJ Jason W. Allen, JA
                                     Trial Attorneys

## ORDER OF DISMISSAL

The dispute has been settled. The appeals are dismissed with prejudice.

Dated: May 7, 2019

JAMES R. SWEET
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 61376, 61432, Appeals of DirectViz Solutions, LLC, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals